DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
NERI GARCIA-ALVIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-08-226-LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **REQUESTING CONTINUANCE OF** |
| | ) | **STATUS CONFERENCE AND** |
| NERI GARCIA-ALVIZAR, | ) | **EXCLUSION OF TIME; ORDER** |
| | ) | |
| Defendants. | ) | Date: July 8, 2008 |
| | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL McCONKIE, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender that the current status conference set for June 24, 2008 be continued to July 8, 2008 at 9:30 a.m., and that time be excluded for preparation of defense counsel.

Defense counsel is currently reviewing the pre-plea presentence report in this case, ordering criminal history records, and discussing plea options with the government.  Defense counsel needs additional time to discuss the case with the prosecutor and the probation officer.

Accordingly, the parties request that the Court exclude the time from the filing of this stipulation through July 8, 2008 at 9:30 a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time

1  to prepare).  The parties agree that the ends of justice to be served
2  by a continuance outweigh the best interests of the public and the
3  defendant in a speedy trial.

```
                                     Respectfully submitted,
                                     DANIEL J. BRODERICK
                                     Federal Defender


DATED: June 18, 2008                 /s/ RACHELLE BARBOUR
                                     RACHELLE BARBOUR
                                     Assistant Federal Defender
                                     Attorney for NERI GARCIA-ALVIZAR

                                     McGREGOR SCOTT
                                     United States Attorney


DATED: June 18, 2008                 /s/ RACHELLE BARBOUR for
                                     DANIEL McCONKIE
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff
```

**O R D E R**

   **IT IS SO ORDERED.**

DATED: June 19, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2